ANNE K. DEEVY, PLAINTIFF-PETITIONER, v. O. JAMES PORTER, ET ALS., DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 21 *N. J. Super.* 278.

*Mr. David Friedenberg* for the petitioner.

*Mr. Grover C. Richman, Jr.*, and *Mr. Edward V. Ryan* for the respondents.

December 8, 1952.   Granted.

STATE OF   NEW   JERSEY,   PLAINTIFF-PETITIONER,   v. WALTER G. WINNE, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Law Division.

See same case below: 21 *N. J. Super.* 180.

*Mr. Theodore D. Parsons, Mr. David H. Harris, Messrs. Crummy & Consodine* and *Mr. John J. Gibbons* for the petitioner.

*Mr. John W. McGeehan, Jr.*, and *Mr. Joseph Weintraub* for the respondent.

December 8, 1952.   Granted.